UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gary Dressler, et al., | Case No. 1:11cv89 |
|     Plaintiffs, | Barrett, J. |
| | Litkovitz, M.J. |
|     vs. | Bowman, M.J. for settlement |
| | |
| Teresa Winkler, et al., | |
|     Defendants. | **ORDER APPOINTING PRO BONO COUNSEL IN MEDIATION PROCEEDING** |

On May 31, 2012 and June 1, 2012 respectively, pro se plaintiffs Gary Dressler and Jeffry Smith signed an "Agreement to Limited Appointment of Attorney for Mediation Assistance."  The court will now appoint Attorney Thaddeus Hoffmeister of 334 Ridgeway Road, Wyoming, Ohio 45215 to represent the plaintiffs in the above-captioned action solely for the limited purpose of assisting the plaintiffs with mediation.  Attorney Hoffmeister is not obligated to conduct any discovery, to prepare or respond to any motions or to participate in the trial of this case.  Upon the conclusion of the mediation, his representation of plaintiffs will end.  Accordingly,

    **NOW, THEREFORE, IT IS ORDERED** that Attorney Thaddeus Hoffmeister  be and hereby is **appointed**  to pro bono representation of pro se plaintiffs Gary Dressler and Jeffry Smith for mediation purposes only in this action.

    **IT IS FURTHER ORDERED** that this proceeding be and hereby is **transferred** to United States Magistrate Judge Bowman for mediation and the parties shall appear at such time as she shall designate.

    **IT IS FURTHER ORDERED** that the parties shall mediate their dispute in good faith.

**IT IS ALSO ORDERED** that the parties shall not file or reveal to this court or its staff any discussions or facts disclosed during mediation without the prior consent of the adverse party.

At the conclusion of the mediation, the magistrate judge will advise the district court judge whether mediation has been successful and will not otherwise reveal any information concerning the action.

**IT IS SO ORDERED.**

/s/ *Stephanie K. Bowman*
United States Magistrate Judge